UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTOR DAVIS and
MARSHA DAVIS,

    Plaintiffs,

                                                                                        Case No. 12-15088
v.                                                                            Hon. Lawrence P. Zatkoff

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

        On December 26, 2012, the defendant filed its notice that it has filed a voluntary petition for protection under the Bankruptcy Code. Based on that notice, the Court will administratively close the case.

        Accordingly, it is **ORDERED** that this case is **CLOSED** for administrative purposes without prejudice because the defendant is involved in a bankruptcy case in which a stay of proceedings or an injunction is in effect. This closing does not constitute a decision on the merits.

        It is further **ORDERED** that if the bankruptcy stay or the injunction is removed, the case may be reopened on motion of either the plaintiffs or the defendant.

        IT IS SO ORDERED.

                                                                           S/LAWRENCE P. ZATKOFF
                                                                          United States District Judge

Dated: January 9, 2013